# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN DOE, | : | No. 3:19cv1486 |
| Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| UNIVERSITY OF SCRANTON, | : | |
| Defendant | : | |

## ORDER

**AND NOW**, to wit, this 16th day of March 2020, in accordance with the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT** the plaintiff's motion to proceed anonymously (Doc. 3) is **GRANTED**. The parties shall refer to the plaintiff using the pseudonym "John Doe" and shall not disclose the plaintiff's address.

**BY THE COURT:**

**s/ James M. Munley**
**JUDGE JAMES M. MUNLEY**
**United States District Court**