IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE, | No. 3:19-CV-01486 |
| Plaintiff, | (Judge Brann) |
| v. | |
| UNIVERSITY OF SCRANTON, | |
| Defendant. | |

## ORDER

**OCTOBER 9, 2020**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant's motion to dismiss (Doc. 16) is **GRANTED** in part;

2. Counts IX, X, and XI of the amended complaint are **DISMISSED** with prejudice;

3. Counts I and II of the amended complaint are **DISMISSED** without prejudice;

4. The Court **DECLINES** to exercise supplemental jurisdiction over Counts III, IV, V, VI, VII, and VIII of the Amended Complaint, without prejudice to Plaintiff re-filing these state law claims in state court; and

5. Plaintiff may, if he chooses, file a second amended complaint within 21 days of the date of this Order. Failure to file a timely second amended complaint will result in the Court closing this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge